FILED

11 APR 11 AM 11:53

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNMARIE MARICICH, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HOSPITALS, INC., a California Corporation; and Does 1 to 10,<br><br>Defendants. | CASE No. 10cv1375 WQH (WMc)<br><br>ORDER GRANTING JOINT MOTION FOR DISMISSAL |

Now before this Court is the parties' Joint Motion for Dismissal, requesting dismissal with prejudice, of Plaintiff Annemarie Maricich's Complaint pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). The Joint Motion for Dismissal is hereby GRANTED, and Plaintiff Annemarie Maricich's individual claims are dismissed with prejudice, and the claims alleged on behalf of the putative class are to be dismissed without prejudice.

The Clerk of the Court is directed to take any other necessary procedural and administrative actions to terminate this action.

It is so ORDERED.

DATED: 4/9, 2011

HON. WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE